**[6237ord1]** [ORDER APPROVING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          Case No. 6:10–bk–10274–ABB
                                                                Chapter 7


Ryan Dwyer Langley
10840 Versailles Blvd.
Clermont, FL 34711


Angie Grant Langley
10840 Versailles Blvd.
Clermont, FL 34711


_____Debtor(s)_____/


ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION


It appearing to the Court that Emerson C Noble, trustee in the above entitled case has filed a final report of no distribution and that said trustee has performed all other required duties in the administration of this estate.. Accordingly it is:

ORDERED:

1. The report of the trustee is hereby approved and that the estate is closed.

2. The trustee is discharged and relieved of her/his trust.

3. All deficient pleadings that have not been cured are considered moot.


DONE AND ORDERED on November 2, 2010 .


_____
Arthur B. Briskman
United States Bankruptcy Judge